MORDECAI BENGUIAT et al., Plaintiffs, *v.* GOTHAM NATIONAL BANK OF NEW YORK, Defendant.

MANUFACTURERS TRUST COMPANY, Appellant; MASSACHUSETTS BONDING AND INSURANCE COMPANY Respondent.

Argued November 25, 1941; decided January 8, 1942.

*Leonard G. Bisco, George B. Balamut* and *Nathan Waxman* for appellant.

*Carl Sherman* and *Rosalind Kramer* for respondent.

Order affirmed, with costs. Motion to dismiss appeal denied. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.